| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Mark T. Domeyer, Esq., CA Bar No.: 135008**<br>**MILES, BAUER, BERGSTROM & WINTERS, LLP**<br>**1231 E. Dyer Road, Suite 100**<br>**Santa Ana, CA 92705**<br>**Telephone # (714) 481-9100    Fax # (714) 481-9144**<br>**File No.: 09-10421**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant:* **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR6, its assignees and/or successors in interest** | **FILED & ENTERED**<br><br>**APR 08 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY palacio    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**JOSEFINA CARLA TOPETE, DEBTOR**<br><br>Debtor(s).<br><br>**Respondents:**<br>**JOSEFINA CARLA TOPETE; CDEBTOR;**<br>**NANCY K. CURRY, CHAPTER 13 TRUSTEE**<br><br>Trustee. | CHAPTER: **13**<br><br>CASE NO.: **2:09-37808-VZ**<br><br>DATE: **December 8 2009**<br>TIME: **09:30 AM**<br>CTRM: **1368**<br>FLOOR: **13th** |

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362  (Unlawful Detainer)**
**(MOVANT:   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR6, its assignees and/or successors in interest   )**

1. The Motion was:    ☒ Contested    ☐ Uncontested    ☐ Not Prosecuted

2. The description of the property (the "Property") to which this Order applies is as follows *(specify common description or street address):*

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    ☐ Based upon the findings and conclusions made on the record at the hearing
    ☐ Unexcused non-appearance by Movant
    ☐ Lack of proper service
    ☒ Lack of good cause shown for relief from stay
    ☐ The automatic stay is no longer in effect under:    ☐ 11 U.S.C. § 362(c)(2)(A)    ☐ 11 U.S.C. § 362(c)(2)(B)
                                                          ☐ 11 U.S.C. § 362(c)(3)(A)    ☐ 11 U.S.C. § 362(c)(4)(A)
    ☐ Other *(specify):*

4. ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.

####

*[Signature: Vincent P. Zurzolo]*

DATED: April 8, 2010

United States Bankruptcy Judge

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                                                                  **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay – Page 2 of 3   **F 4001-10.DENY**

| In re:<br>**TOPETE,** | Debtor. | CHAPTER **13**<br>CASE NUMBER **2:09-37808-VZ** |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Miles, Bauer, Bergstrom & Winters, LLP, 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705**

A true and correct copy of the foregoing document described as   **ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11. U.S.C. § 362 (Unlawful Detainer)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   **March 31, 2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:JOSEFINA CARLA TOPETE, 25410 Elmendore Dr. Moreno Valley, CA  90551**
**Hon. Vincent P. Zurzolo**

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/10 | Zalikah K. Mukiibi | /s/ Zalikah K. Mukiibi |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*   **F 4001-1O.UD**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*   **F 4001-10.DENY**

Case 2:09-bk-37808-VZ   Doc 21   Filed 04/10/10   Entered 04/10/10 21:52:09   Desc
Imaged Certificate of Service   Page 3 of 4
Order Denying Motion for Relief from Automatic Stay – Page 3 of 3

F 4001-10.DENY

| In re: **TOPETE,** | Debtor. | CHAPTER **13** CASE NUMBER **2:09-37808-VZ** |
|---|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (Unlawful Detainer)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 31, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Debtor's Counsel: LEROY BISHOP AUSTIN, lbishopbk@yahoo.com**
**Chapter 13 Trustee: NANCY K. CURRY, ecfnc@trustee13.com**
**U.S. Trustee: ustpregion16.la.ecf@usdoj.gov**
**Attorney for Movant: Mark T. Domeyer, mdomeyer@mileslegal.com**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor: JOSEFINA CARLA TOPETE, 25410 Elmendore Dr., Moreno Valley, CA 90551**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: admin                  Page 1 of 1                   Date Rcvd: Apr 08, 2010
Case: 09-37808                Form ID: pdf033              Total Noticed: 8

The following entities were noticed by first class mail on Apr 10, 2010.
db            Josefina Carla Topete,   25410 Elmendore Dr.,   Moreno Valley, CA 90551
aty          +Leroy Bishop Austin,   3250 Wilshire Blvd Ste 1500,   Los Angeles, CA 90010-1608
aty          +Mark Domeyer,   Miles Bauer Bergstrom & Winters,   1665 Scenic Avenue, Suite 200,
               Costa Mesa, CA 92626-1441
aty          +Mark Domeyer,   Miles Bauer Bergstrom & Winters,   1231 E Dyer Rd Ste 100,
               Santa Ana, CA 92705-5643
tr           +Nancy K Curry,   606 South Olive Street, Suite 950,   Los Angeles, CA 90014-1668
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
cr           +HSBC Bank USA,,   1665 Scenic Ave. Suite 200,   Costa Mesa, CA 92626-1441
cr           +HSBC Bank USA, N.A.,   1231 E. Dyer Road, Suite 100,   Santa Ana, CA 92705-5643
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
aty*         +Mark Domeyer,   Miles Bauer Bergstrom & Winters LLP,   1231 E Dyer Rd Ste 100,
               Santa Ana, CA 92705-5643
aty*         +Nancy K Curry,   606 South Olive Street, Suite 950,   Los Angeles, CA 90014-1668
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2010**          **Signature:** _Joseph Speetjens_